UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 18-cr-20491
Hon. Matthew F. Leitman

v.

TARENCE T. MARSHALL,

    Defendant.

_____/

## ORDER DENYING WITHOUT PREJUDICE
## DEFENDANT'S MOTION TO REDUCE SENTENCE (ECF No. 33)

On June 4, 2020, Defendant Tarence T. Marshall filed a Motion to Reduce Sentence (ECF No. 33). For the reasons explained on the record on June 18, 2020, Marshall's motion is **DENIED WITHOUT PREJUDICE** based upon the Government's failure-to-exhaust defense. As further explained on the record, Marshall may file a renewal of his motion on **JUNE 19, 2020**, and the Government will not raise failure to exhaust administrative remedies in its opposition to the renewed motion.

    **IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 18, 2020

1

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 18, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(810) 341-9761
