

Dec 8-2020

Tarence Marshall #56774-039
F.C.I Morgantown
Federal Correctional Institution
P.O. Box 1000
Morgantown W.V. 26507

United States District Court
140 Federal Building and U.S. Courthouse
600 Church Street
Flint, MI. 48502

To: The Clerk of Hon. Matthew F. Leitman

Re: Case No. 18-cr-20491 compassionate release

Your honor, My name is Tarence Marshall and I filed a compassionate release motion in your court June 20, 2020 (ECF No. 39) and was denied, however you stated I could renew my motion if there is a material adverse change in the Covid-19 situation here at F.C.I Morgantown. Your honor the situation here at Morgantown is one of the worse in the BOP, this institution has 500 inmates give or take, and as of now 12-8-20,, 125 inmates and 8 staff are positive, and that number is growing everyday just 5 days ago the institution reported 5 positive cases now 5 days later, it's more than 25% of the whole population as well as 8 staff,, there's no programming going on, no visits, no recreation no commissary, no hot meals, and I must remind you I'm in the (SHU) where I been since July 2, 2020 almost 6 months, and the institution refuses to

place me back on the compound, I was given 15-days discipline segregation. I been down here 156-days. I been in quarantine since Sept 9, 2020 where you are not allowed recreation, Law Labrary or no kind of time out of your cell,, meanning 24 hours a day, we get 2 phone calls a month 3 showers a week, in quarantine they check our temps every morning, but your honor they only noticed the positive cases because of the Actual Covid-19 test, witch is why there was so many when they found out, it had already spread,, by the time they did the test. Also they placed inmates down here in the (SHU) showing symptoms 2 older inmates, turns out they are positive also, the other inmates are not showing symptoms, witch is why the daily temp checking is not reveleing, because they are Asymptomatic. Also this institution is accepting self-surrenders and 5 showed positive those inmates where housed in my unit, and we use the same showers, and phones and we all have some kind of contact with the same guards, at meal time, or shower time or phone use, this institution also has transferred over 50 inmates from Elkton Federal Institution and most of those inmates are housed in the (SHU) until after a quarantine process, of 21 days, temp checks, and Covid-19 test, and your honor these inmates are taking the rapid test, and even the staff don't trust the rapid test. Also they are feeding us cold-cut and peanut butter everyday no hot meals. Nothing Nutritious and I have no choice in the meals and I have diabetes and

high blood pressure. so I can't just not eat. And the institution gives me no choice but to eat all the things I was told not to eat and to watch out for. So your honor will you please inform yourself with the situation here at F.C.I Morgantown. And please reconsider your decision for a compassionate release with the information thats available to you so you can understand the facts for yourself to see that all I say is true... and appoint me counsel to review my motion for compassionate release.

### Release plan

I plan on living at 14382 charwood with my kids mother CAVINA Dobbins & my 8 year old little girl., CAVINA'S # 313-505-8567 to get comformation also. if granted work with my sister at Northgate packing as well as follow up on the jobs I was offered upon me release. do. A 14 day quarantine in my basement with a restroom to protect my family from being exposed to the virus, and whatever else is ordered by the court I realize whats important and it took me to come to prison to understand that and I will never put me or my family in this situation again I dont want to die in prison, and with all the things going on I feel I have been doing a harsh sentence then what I was sentenced to Respectfully

Thank you
for your time

Terence Marshall #56741-039
Federal Morgantown
Federal Correctional Institution
P.O. Box 1000
Morgantown, WV 26507

PITTSBURGH PA 150
9 DEC 2020 PM 2 L

Clerk of the Court
United States District Court
140 Federal Building and Courthouse
600 Church Street
Flint, MI, 48502

48502-120099

FILED
DEC 18 2020
U.S. DISTRICT COURT
FLINT, MICHIGAN