3

1-21-21

To the Clerk of the court

18-20491

Tarence Marshall #56774-039
Ashland
Federal Correctional Institution
P.O. Box 6001
Ashland, Ky. 41105

I write to you today because I filed a motion for a compassionate release, I was told that if the situation at the facility changes with the Covid-19 situation I can renew my motion for compassionate release, since my motion was filed I have been transferred to another facility and the situation here at Ashland is what I would like the court to be aware of, this institution has had over 300 positive cases, as well as 10 deaths, plus 10 staff positive cases I been placed at a facility that's worser than the facility I was at, plus I'm in general population, this facility just had a outbreak of Covid-19 cases 3 weeks ago, this facility has covid-19 preceders in place but this facility even with the preceders in place could not stop the spread of the virus this virus has killed 10 people at this facility already, the CDC says my diabetes and high blood pressure put me at a high risk of catching Covid-19 and maybe dieing from it, I ask the court to please reconsider my motion for compassionate release, and place me at home to finish my sentence in a safe environment, with home confinement and electronic Gps preceders in place, I never missed a

court appearance while I was on bond, or never not reported, while on parole, I plan to live with my childs mother and my 8 year old daughter, Cavina Dobbins is my childs mother she has been supportive in every way with that said I ask the court to appoint me a lawyer to refile my motion and reconsider the decision for compassionate release because the situation here at Ashland federal correctional institution is a very serious one that needs to be addressed

Thank you
for your time

Tarence Marshall #56774-039
Ashland
Federal correctional Institution

Tarence Marshall #56774-039
Ashland
Federal Correctional Institution
P.O. Box 6001
Ashland, KY 41105

RECEIVED
JAN 25 2021
U.S. DISTRICT COURT
FLINT, MICHIGAN

CHARLESTON WV 250
21 JAN 2021 PM 4 L

1-21-21

Clerk of the court
Federal Building and Courthouse
600 Church Street
Flint, MI 48507

RECEIVED
FEB - 1 2021
CLERKS OFFICE
US DISTRICT COURT

48502-120099